# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2149

_____

Jan Hedman,                                    *
                                               *
                    Appellant,                 *
                                               *   Appeal from the United States
          v.                                   *   District Court for the
                                               *   District of Minnesota.
Northwest Airlines,                            *
                                               *        [UNPUBLISHED]
                    Appellee.                  *

_____

Submitted: July 6, 2009
Filed: July 16, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

     Jan Hedman appeals the district court's[1] order dismissing his complaint for lack of subject matter jurisdiction. After de novo review, see Hastings v. Wilson, 516 F.3d 1055, 1058 (8th Cir. 2008), we conclude the dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.